Margaret T. McCarthy, #020882
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile: (602) 307-5853
*mmccarthy@rcdmlaw.com*
*Attorneys for Defendant Arizona CVS*
*Stores, LLC (Improperly pled as CVS Health*
*a/k/a CVS Pharmacy, Inc.)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Crouch,<br><br>                    Plaintiff,<br><br>v.<br><br>CVS Health a/k/a CVS Pharmacy, Inc.,<br><br>                    Defendant. | **Docket No.**_____<br><br>**NOTICE OF REMOVAL** |

Defendant Arizona CVS Stores, LLC (Improperly pled as CVS Health a/k/a CVS Pharmacy, Inc.) ("Defendant") files this Notice of Removal, showing the following grounds:

1. On December 9, 2016, Plaintiff filed an action in the Superior Court of the State of Arizona, In and For the County of Maricopa, styled *Crouch v. CVS Health a/k/a CVS Pharmacy, Inc.,* Case No. CV 2016-055020. A true and correct copy of the state court's docket, including all process, pleadings and orders served upon Defendant in the state court action, is filed with this notice as required by 28 U.S.C. §1446(a) and Local Rule 3.7, and attached hereto as ***Exhibit 1.***

2. Arizona CVS Stores, LLC was improperly pled as CVS Health a/k/a CVS Pharmacy, Inc.

3. Service on Defendant was effectuated through CT Corporation System, as statutory agent for Defendant, on January 6, 2017. (*See **Exhibit 1***, Certificate of

Service).  Therefore, this Notice of Removal is timely filed under 28 U.S.C. §1446(b), within thirty (30) days of receipt of the initial pleading setting forth the claim for relief and summons.

4. All Defendants consent to removal of this action to the United States District Court.

5. The United States District Court has original jurisdiction over this action based upon diversity of citizenship between the Parties, as explained below.  To the best of Defendant's knowledge, Plaintiff is a citizen of the State of Arizona.  (Complaint, ¶2). Defendant is now, and was at the time the action was commenced, diverse in citizenship from Plaintiff.  Defendant Arizona CVS Stores, LLC is a limited liability corporation whose sole member is CVS Pharmacy, Inc.  CVS Pharmacy, Inc. is incorporated in the state of Rhode Island with its principal place of business being Rhode Island, and was domiciled there at the time this action was commenced.  The citizenship of a limited liability company is the citizenship of its members.  ***NewGen, LLC v. Safe Cig, LLC***, 840 F.3d 606, 612 (9th Cir. 2016).  Thus, Arizona CVS Stores is a citizen of Rhode Island.

6. Because Plaintiff is a citizen of Arizona and Arizona CVS Stores is a citizen of Rhode Island, complete diversity exists under 28 U.S.C. §1332.

7. The amount in controversy exceeds $75,000.  Where there is diversity of citizenship, the "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a).  The Ninth Circuit has held that a removing defendant need not establish the amount in controversy to a "legal certainty."  ***Sanchez v. Monumental Life Ins. Co.***, 102 F.3d 398, 404 (9th Cir. 1996) (amount in controversy shown by a preponderance of the evidence).  "In measuring the amount in controversy, a court must assume that the allegations in the complaint are true and assume that a jury will return a

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 2)   3076-0047   3397109v1

verdict for the plaintiff on all claims made in the complaint." ***Forever Living Products U.S. Inc. v. Geyman****,* 471 F.Supp. 2d 980, 986 (D. Ariz. 2006).

Plaintiff's Complaint brings a cause of action for negligence. Plaintiff seeks compensation for medical bills, past and future pain, suffering, aggravation, mental distress, medical treatment, and permanent injuries and other incidental damages.[1] (***Exhibit 1***, Complaint at Relief Requested).

Along with his Complaint, Plaintiff filed a Certificate of Compulsory Arbitration certifying that the award sought by him, ***excluding*** attorneys' fees, interest and costs, exceeds $50,000. (***Exhibit 1****,* Certificate of Compulsory Arbitration). *See* Maricopa County Local Rule 3.10. In addition to certifying that this case is not subject to compulsory arbitration plaintiff made two pre-suit demands both of which were well in excess of $75,000. Plaintiff's allegations, Certificate of Compulsory Arbitration, and pre-suit demands, establish that it is more likely than not the amount in controversy exceeds $75,000.

8. Therefore, because this action is wholly between citizens of different states, and because the amount in controversy exceeds $75,000 exclusive of interest and costs, this Court has original jurisdiction over this cause pursuant to 28 U.S.C. §1332(a)(1).

9. Under 28 U.S.C. §1441(a), venue of the removed action is proper in this Court as the district and division embracing the place where the state action is pending.

10. Defendant, the removing party, will promptly give the adverse Party written notice of the filing of this Notice of Removal as required by 28 U.S.C. §1446(d).

---

[1] "[T]he pertinent question is what is *in controversy* in the case, not how much the plaintiffs are ultimately likely to recover." ***Amoche v. Guar. Trust Life Ins. Co.***, 556 F.3d 41, 51 (1st Cir. 2009); *citing* ***Brill v. Countrywide Home Loans***, 427 F.3d 446, 448 (7th Cir. 2005). Based on the foregoing, Defendant expressly reserves the right to deny liability and assert all defenses to Plaintiff's substantive claims, as well as contest the amount of the alleged damages.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Arizona, In and For the County of Maricopa, where the action is pending, also pursuant to 28 U.S.C. §1446(d).

11. WHEREFORE, Defendant, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446 and Local Rule 3.7, removes the case styled *Crouch v. CVS Health a/k/a CVS Pharmacy, Inc.,* Case No. CV 2016-055020, from the Superior Court of the State of Arizona, In and For the County of Maricopa on December 9, 2016.

RESPECTFULLY SUBMITTED this 6th day of February, 2017.

                              RENAUD COOK DRURY MESAROS, PA

By */s/ Margaret T. McCarthy*
    Margaret T. McCarthy
    One North Central, Suite 900
    Phoenix, Arizona 85004-4417
    *Attorneys for Defendant Arizona CVS Stores, LLC (Improperly pled as CVS Health a/k/a CVS Pharmacy, Inc.)*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants.

Bradley S. Shelts
Titus Brueckner & Levine, PLC
8355 East Hartford Drive
Suite 200
Scottsdale, AZ 85255

By */s/ Laurie Bergantino*

LAW OFFICES
RENAUD COOK DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 4)    3076-0047    3397109v1