# EXHIBIT 1

1  Margaret T. McCarthy, #020882
   RENAUD COOK DRURY MESAROS, PA
2  One North Central, Suite 900
   Phoenix, Arizona 85004-4417
3  Telephone: (602) 307-9900
   Facsimile:  (602) 307-5853
4
   E-mail:  docket@rcdmlaw.com
5           mmccarthy@rcdmlaw.com

6  *Attorneys for Defendant Arizona CVS
   Stores, LLC (Improperly pled as CVS
7  Health a/k/a CVS Pharmacy, Inc.)*

8
                **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
9
                **IN AND FOR THE COUNTY OF MARICOPA**
10
   CHARLES CROUCH,                          No. CV2016-055020
11
                          Plaintiff,        **NOTICE OF REMOVAL**
12
   v.                                       *(Assigned to the Honorable*
13                                          *John Hannah)*
   CVS HEALTH a/k/a CVS PHARMACY,
14 INC.,

15                        Defendant.

16

17         Please take notice that on February 6, 2017, Defendant Arizona CVS Stores, LLC

18 (Improperly pled as CVS Health a/k/a CVS Pharmacy, Inc.) filed its Notice of Removal in

19 the United States District Court for the District of Arizona.  The Notice of Removal effects

20 the removal, and the state court shall proceed no further unless and until the case is

21 remanded.  28 U.S.C. §1446(d).  The Notice of Removal filed is attached as ***Exhibit "A."***

22 ///

23 ///

24 ///

25

26

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 1, CV2016-055020)                 3076-0047                        3381358v1

1    RESPECTFULLY SUBMITTED this 6th day of February, 2017.

2                                          RENAUD COOK DRURY MESAROS, PA

3

4                                          By */s/ Margaret T. McCarthy*
                                              Margaret T. McCarthy
5                                             One North Central, Suite 900
                                              Phoenix, Arizona 85004-4417
6                                             *Attorneys for Defendant Arizona CVS Stores,*
                                              *LLC (Improperly pled as CVS Health a/k/a CVS*
7                                             *Pharmacy, Inc.)*

8

9    ORIGINAL of the foregoing
     ELECTRONICALLY filed this 6th day
10   of February, 2017.

11   A COPY of the foregoing also sent via
     U.S. Mail on this same date to:

12
     Bradley S. Shelts
13   Titus Brueckner & Levine, PLC
     8355 East Hartford Drive
14   Suite 200
     Scottsdale, AZ 85255

15

16   */s/ Laurie Bergantino*

17

18

19

20

21

22

23

24

25

26

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 2, CV2016-055020)                    3076-0047                              3381358v1

1    Margaret T. McCarthy, #020882
     RENAUD COOK DRURY MESAROS, PA
2    One North Central, Suite 900
     Phoenix, Arizona 85004-4417
3    Telephone:  (602) 307-9900
     Facsimile:   (602) 307-5853
4    *mmccarthy@rcdmlaw.com*
     *Attorneys for Defendant Arizona CVS*
5    *Stores, LLC (Improperly pled as CVS Health*
     *a/k/a CVS Pharmacy, Inc.)*

6

            **IN THE UNITED STATES DISTRICT COURT**

7

              **FOR THE DISTRICT OF ARIZONA**

8
     Charles Crouch,
9
                         Plaintiff,          **Docket No._____**
10
     v.
11
     CVS Health a/k/a CVS Pharmacy, Inc.,       **DECLARATION OF ATTORNEY**
12                                               **MARGARET T. MCCARTHY**
                         Defendant.
13

14          I, MARGARET T. MCCARTHY, declare as follows pursuant to 28 U.S.C. §1746:

15          1.      I am a duly licensed attorney in the bar of the State of Arizona and am

16   admitted to practice law before this Court.  I represent defendant Arizona CVS Stores,

17   LLC (Improperly pled as CVS Health a/k/a CVS Pharmacy, Inc.) ("Defendant") in the

18   above-referenced action.  The statements made in this Declaration are based upon my

19   own personal knowledge and, if sworn as a witness, I could testify competently to them.

20          2.      I have prepared and filed the Notice of Removal on behalf of Defendant in

21   the above-referenced action.  *Exhibit A* to that Notice of Removal contains true and

22   complete copies of all pleadings and other documents filed in the underlying state court

23   action of *Crouch v. CVS Health a/k/a CVS Pharmacy, Inc.,* Case No. CV 2016-055020,

24   in the Superior Court of Maricopa County, Arizona.

25

26

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 1)                      3076-0047                      3397275v1

1    I declare under penalty of perjury that the foregoing is true and correct.

2    RESPECTFULLY SUBMITTED this 6th day of February, 2017.

3                                    RENAUD COOK DRURY MESAROS, PA

4

5

6    By */s/ Margaret T. McCarthy*
         Margaret T. McCarthy
7        One North Central, Suite 900
         Phoenix, Arizona 85004-4417
8        *Attorneys for Defendant Arizona CVS*
         *Stores, LLC (Improperly pled as CVS Health*
9        *a/k/a CVS Pharmacy, Inc.)*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

Skip To MainContent

[Search]

⚠ **WARNING:** Bogus Phone Calls, Emails May Lead to Fraud.   **Read More...**

Civil Court Case Information - Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2016-055020 | Judge: | Hannah, John |
| File Date: | 12/9/2016 | Location: | Northeast |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Charles Crouch | Plaintiff | Male | Bradley Shelts |
| C V S Health | Defendant | | Pro Per |
| C V S Pharmacy Inc | Defendant | | Margaret McCarthy |
| C V S Stores L L C | Defendant | | Margaret McCarthy |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 1/26/2017 | ANS - Answer | 1/26/2017 | |

NOTE: DEFENDANT ARIZONA CVS STORES, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT-EFILE BILLING $237.00

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 1/26/2017 | CCA - Cert Compulsory Arbitration | 1/26/2017 | |

NOTE: DEFENDANT ARIZONA CVS STORES, LLC'S CERTIFICATE REGARDING COMPULSORY ARBITRATION

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 1/26/2017 | NJT - Not Demand For Jury Trials | 1/26/2017 | |

NOTE: DEFENDANT ARIZONA CVS STORES, LLC'S DEMAND FOR JURY TRIAL

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 1/9/2017 | AFS - Affidavit Of Service | 1/11/2017 | |

NOTE: CVS PHARMACY INC

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 12/9/2016 | COM - Complaint | 12/13/2016 | |
| 12/9/2016 | CCN - Cert Arbitration - Not Subject | 12/13/2016 | |
| 12/9/2016 | CSH - Coversheet | 12/13/2016 | |
| 12/9/2016 | NJT - Not Demand For Jury Trials | 12/13/2016 | |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**

MICHAEL K. JEANES, CLERK
BY _____ DEP
D. LOPEZ FILED

**17 JAN -9 PM 2: 28**

L2 Professional Attorney Support Services
P.O. Box 4426
Phoenix, AZ 85030
602-423-9172

## IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

**Charles Crouch**
      **Plaintiff / Petitioner**

**vs**

Case #  **CV2016-055020**

**CVS Health a/k/a CVS Pharmacy, Inc.**
      **Defendant / Respondent**

                                       **CERTIFICATE OF SERVICE**

**Leslie Salinas** _____ ; the undersigned certifies under the penalty of perjury; That I am fully qualified to serve process in this case within the county in which it was served, having been so appointed by the court and have received for service the following documents in this action:
**Summons; Complaint; Certificate of Compulsory Arbitration; Demand for Jury Trial**

from:  **Titus Brueckner & Levine, PLC** _____ on  **1/5/2017** _____
that I personally served copies of these documents on those named below in the manner and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:**     **CVS Pharmacy, Inc c/o CT Corporation System, stat agent**

**DATE & TIME**      1/6/2017 at 9:00 am
**PLACE &**          3800 N Central Ave #460, Phoenix, AZ - usual place of business
**MANNER:**       By **Personally** Serving, **Issis Gonzalez-Ortiz**, a person authorized to accept such service on their behalf

**Statement of Costs**

| | | |
|---|---|---|
| Service | $ | 65.00 |
| Mileage | $ | - |
| Rush | $ | |
| Mileage 2 | $ | |
| Witness | $ | |
| Advances | $ | |
| Cert. Prep | $ | - |
| Other | $ | |
| **TOTAL** | **$** | **65.00** |

Registered Process Server in
Maricopa County

The above is covered by A.R.S. as amended 41-413 & 11-45 and rules 4,5, and 45

 CT Corporation

**Service of Process Transmittal**
01/06/2017
CT Log Number 530450684

TO:     Serviceof Process
        CVS Pharmacy, Inc.
        1 Cvs Dr, Mail Code 1160
        Woonsocket, RI 02895-6195

RE:     **Process Served in Arizona**

FOR:    CVS Pharmacy, Inc.  (Domestic State: RI)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Charles Crouch, Pltf. vs. CVS Health a/k/a CVS Pharmacy, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Certificate, Demand, Complaint, |
| **COURT/AGENCY:** | Maricopa County - Superior Court, AZ<br>Case # CV2016055020 |
| **NATURE OF ACTION:** | Product Liability Litigation - Manufacturing Defect - Peridex Oral |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/06/2017 at 09:00 |
| **JURISDICTION SERVED :** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Bradley S. Shelts<br>Tititus Brueckner & Levine PLC<br>8355 East Hartford Drive, Suite 200<br>Scottdale, AZ 85225<br>480-483-9600 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/06/2017, Expected Purge Date: 01/11/2017<br><br>Image SOP<br><br>Email Notification,  Serviceof Process  Service_of_Process@cvs.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>3800 N Central Avenue<br>Suite 460<br>Phoenix, AZ 85012<br>602-248-1145 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.





1  Bradley S. Shelts (Bar No. 028206)
   **TITUS BRUECKNER & LEVINE PLC**
2  8355 East Hartford Drive, Suite 200
   Scottsdale, Arizona 85255
3  (480) 483-9600
   bshelts@tbl-law.com
4  *Attorneys for Plaintiff*

5

6              **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

7                 **IN AND FOR THE COUNTY OF MARICOPA**

8  CHARLES CROUCH,                          Case No:

9                     Plaintiff,            CV2016-055020

                                            **SUMMONS**
10

11        v.                               If you would like legal advice from a lawyer,
                                           Contact the Lawyer Referral Service at
   CVS HEALTH a/k/a CVS PHARMACY,                        602-257-4434
12 INC.,                                                     or
                                                  www.maricopalawyers.org
13                  Defendant.                       Sponsored by the
                                               Maricopa County Bar Association
14

15

16 **FROM THE STATE OF ARIZONA TO:  CVS HEALTH a/k/a CVS PHARMACY, INC.**

17

18        **YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time
   applicable, in this action in this Court. If served within Arizona, you shall appear and defend
19 within 20 days after the service of the Summons and Complaint upon you, exclusive of the day
   of service. If served out of the State of Arizona — whether by direct service, by registered or
20 certified mail, or by publication — you shall appear and defend within 30 days after the service
   of the Summons and Complaint upon you is complete, exclusive of the day of service. Where
21 process is served upon the Arizona Director of Insurance as an insurer's attorney to receive
   service of legal process against it in this state, the insurer shall not be required to appear, answer
22 or plead until expiration of 40 days after date of such service upon the Director. Service by
   registered or certified mail without the State of Arizona is complete 30 days after the date of
23 filing the receipt and affidavit of service with the Court. Service by publication is complete 30
   days after the date of first publication. Direct service is complete when made. Service upon the
24 Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of
25 Compliance and return receipt or Officer's Return. Ariz. R. Civ. Proc. 4; A.R.S. §§ 20-222, 28-
26 502, 28-503.

1      **YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend

2 within the time applicable, judgment by default may be rendered against you for the relief requested in the Complaint.

3

4      **YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing

5 fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiffs' attorney. Ariz. R. Civ. Proc. 5 and 10(d); A.R.S. § 12-311.

6

7      Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before

8 your scheduled court date.

9      Requests for an interpreter for person(s) with limited English proficiency must be made

10 to the office of the judge or commissioner assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a

11 scheduled court date.     DEC **0 9** 2016

12   **SIGNED AND SEALED this** _____    MICHAEL K. JEANES, CLERK

13                             CLERK OF COURT

14

15

16

17      By: _____

18                          Deputy Clerk

19                          **T. SHEPARDSON**

20

21

22

23

24

25

26

**COPY**

DEC **0 9** 2016



MICHAEL K. JEANES, CLERK
T. SHEPARDSON
DEPUTY CLERK

1   Bradley S. Shelts (Bar No. 028206)
**TITUS BRUECKNER & LEVINE PLC**
2   8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255
3   (480) 483-9600
bshelts@tbl-law.com
4   *Attorneys for Plaintiff*

5

6

7           **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8           **IN AND FOR THE COUNTY OF MARICOPA**

9   CHARLES CROUCH,                    Case No:  CV 2016-055020

10                  Plaintiff,

11                                      **COMPLAINT**

12          v.

13  CVS HEALTH a/k/a CVS PHARMACY,
INC.,
14
                    Defendant.
15

16

17          Plaintiff Charles Crouch ("Plaintiff"), by and through undersigned counsel, for his

18  Complaint against Defendant CVS Health a/k/a CVS Pharmacy, Inc. ("Defendant") states as

19  follows:

20                  **PARTIES, JURISDICTION AND VENUE**

21  1.      This is a negligence case arising from Defendant's mislabeling of medication prescribed

22  and delivered to Plaintiff which caused Plaintiff to suffer permanent physical and emotional

23

24  injuries.

25  2.      Plaintiff is a resident of Maricopa County, State of Arizona.

26

4.     The acts of Defendant alleged herein were committed in Maricopa County, State of Arizona.

5.     This Court has jurisdiction over the parties and the subject matter of this action, and venue is properly lodged.

## FACTUAL SUMMARY

6.     Plaintiff incorporates by reference as though fully set forth herein the allegations set for in paragraphs 1 through 5 above.

7.     On or about December 15, 2014, Plaintiff was prescribed by his dentist, Dr. Sibera T. Brannon ("Dr. Brannon"), to use Peridex oral rinse medication.

8.     On or about December 16, 2014, Plaintiff had the prescription filled at Defendant's CVS Store #9314 located in Phoenix, Arizona.

9.     Dr. Brannon's prescription instructed Defendant that Plaintiff was to use the Peridex rinse for 30 seconds twice a day. However, Defendant mislabeled the Peridex bottle delivered to Plaintiff, and negligently instructed Plaintiff to use the Peridex rinse for 30 *minutes* twice a day.

10.     Plaintiff followed the directions on the label provided by Defendant and attempted to rinse the medication in his mouth for 30 minutes twice daily.

11.     Plaintiff discontinued use of the medication after approximately 1 week of following Defendant's instructions. Plaintiff ceased use of the medication because he was suffering severe pain and sores in his mouth and loss of taste.

12.     The sores in Plaintiff's mouth healed after he stopped using the Peridex, but his sense of taste never returned.

## CLAIM FOR RELIEF
### Negligence

13.     Plaintiff incorporates by reference as though fully set forth herein the allegations set forth in paragraphs 1 through 12 above.

14.     Defendant had a duty to properly fill the prescription, label the bottle, and provide to Plaintiff the correct instructions for use of the Peridex as prescribed by Dr. Brannon.

15.     Defendant was negligent by improperly labeling the Peridex bottle thereby instructing Plaintiff to misuse the product.  Defendant's negligence caused Plaintiff to suffer severe and permanent physical and emotional injuries.

## RELIEF REQUESTED

WHEREFORE, Plaintiff requests that this Court enter judgment in his favor and against Defendant as follows:

a.      For Plaintiff's damages including but not limited to medical bills, past and future pain, suffering, aggravation, mental distress, medical treatment, and permanent injuries;

b.      For Plaintiffs' court costs incurred herein;

c.      For interest on the judgment at the highest rate allowed by law; and

d.      For such other and further relief as the Court deems just and proper.

3

1    RESPECTFULLY SUBMITTED this 9th day of December, 2016.

2                                    TITUS BRUECKNER & LEVINE PLC

3

4                                    _____

5                                    Bradley S. Shelts
                                     8355 East Hartford Drive, Suite 200
6                                    Scottsdale, Arizona 85255
                                     *Attorneys for Plaintiff*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26



COPY

DEC 0 9 2016

MICHAEL K. JEANES, CLERK
T. SHEPARDSON
DEPUTY CLERK

1   Bradley S. Shelts (Bar No. 028206)
    **TITUS BRUECKNER & LEVINE PLC**
2   8355 East Hartford Drive, Suite 200
    Scottsdale, Arizona 85255
3   (480) 483-9600
    bshelts@tbl-law.com
4   *Attorneys for Plaintiff*

5

6                **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

7                    **IN AND FOR THE COUNTY OF MARICOPA**

8   CHARLES CROUCH,                          Case No:   CV2016-055020

9                      Plaintiff,
                                             **PLAINTIFF'S DEMAND FOR JURY**
10                                           **TRIAL**

11          v.

12  CVS HEALTH a/k/a CVS PHARMACY,
    INC.,
13
                       Defendant.
14

15          Pursuant to Rule 38(b), Ariz.R.Civ.P., Plaintiff, by and through his undersigned counsel,

16  hereby demands a jury trial on all issues in the above-entitled action.

17

18          RESPECTFULLY SUBMITTED this _9th_ day of December, 2016.

19                                           **TITUS BRUECKNER & LEVINE PLC**

20

21          _____

22          Bradley S. Shelts
            8355 East Hartford Drive, Suite 200
23          Scottsdale, Arizona  85255
            *Attorneys for Plaintiff*
24

25

26

**COPY**

1  Bradley S. Shelts (Bar No. 028206)
   **TITUS BRUECKNER & LEVINE PLC**
2  8355 East Hartford Drive, Suite 200
   Scottsdale, Arizona  85255
3  (480) 483-9600
   bshelts@tbl-law.com
4  *Attorneys for Plaintiff*

DEC 0 9 2016



MICHAEL K. JEANES, CLERK
T. SHEPARDSON
DEPUTY CLERK

5

6              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7                  IN AND FOR THE COUNTY OF MARICOPA

8  CHARLES CROUCH,                          Case No:     CV 2016-055020

9                    Plaintiff,              **CERTIFICATE OF COMPULSORY
                                            ARBITRATION (NOT SUBJECT)**
10         v.

11  CVS HEALTH a/k/a CVS PHARMACY,
12  INC.,

13                    Defendant.

14         The undersigned certifies that he knows the dollar limits and any other limitations set

15  forth by the local rules of practice for the applicable superior Court, and further certifies that this

16  case is **NOT** subject to compulsory arbitration as provided by Rules 72 through 77 of the

17  Arizona Rules of Civil Procedure.

18         RESPECTFULLY SUBMITTED this 9th day of December, 2016.

19                                          TITUS BRUECKNER & LEVINE PLC

20

21

22                                          Bradley S. Shelts
                                            8355 East Hartford Drive, Suite 200
23                                          Scottsdale, Arizona  85255
                                            *Attorneys for Plaintiff*
24

25

26

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
K. Dyer, Deputy
1/26/2017 11:04:00 AM
Filing ID 8049768

1  Margaret T. McCarthy, #020882
   RENAUD COOK DRURY MESAROS, PA
2  One North Central, Suite 900
   Phoenix, Arizona 85004-4417
3  Telephone: (602) 307-9900
   Facsimile:  (602) 307-5853
4
5  E-mail:   docket@rcdmlaw.com
              mmccarthy@rcdmlaw.com
6
   *Attorneys for Defendant Arizona CVS*
7  *Stores, LLC (Improperly pled as CVS*
   *Health a/k/a CVS Pharmacy, Inc.)*

8         **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

9              **IN AND FOR THE COUNTY OF MARICOPA**

10 | CHARLES CROUCH, | No. CV2016-055020 |
11 |                Plaintiff, | **DEFENDANT ARIZONA CVS** |
12 | v. | **STORES, LLC'S ANSWER TO** |
   |    | **PLAINTIFF'S COMPLAINT** |
13 | CVS HEALTH a/k/a CVS PHARMACY, | *(Assigned to the Honorable* |
   | INC., | *John Hannah)* |
14 |              Defendant. | |
15

16       Defendant  Arizona  CVS  Stores,  LLC  (*Improperly pled as CVS Health a/k/a CVS*

17 *Pharmacy,  Inc.*)  (hereinafter  "defendant")  by  and  through  counsel  undersigned,  for  its

18 Answer to plaintiff's Complaint, hereby admits, denies and alleges as follows:

19                      **PARTIES, JURISDICTION AND VENUE**

20       1.       Defendant  denies  the  allegations  contained  in  paragraph  1  of  plaintiff's

21 Complaint.

22       2.       Defendant neither admits nor denies the allegations contained in paragraph 2 of

23 plaintiff's Complaint, as it is without sufficient knowledge or information to form a belief as

24 to the truth of the matters asserted.

25       4. *[sic]* Defendant neither admits nor denies the allegations contained in paragraph 4

26 *[sic]* of plaintiff's Complaint, as it is without sufficient knowledge or information to form a

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

belief as to the truth of the matters asserted.  To the extent that the allegations set forth in this paragraph infer negligent, tortious, contractual or other wrongdoing on the part of this defendant, the defendant denies those allegations.

5.     Defendant admits that jurisdiction and venue are likely proper.

## FACTUAL SUMMARY

6.     Defendant incorporates by reference all of its responses as set forth in paragraphs 1-5 above by this reference as though fully set forth herein.

7.     Defendant denies the allegations contained in paragraph 7 of plaintiff's Complaint and alleges that plaintiff's medical records speak for themselves.

8.     Defendant denies the allegations contained in Paragraph 8 of plaintiff's Complaint and alleges that plaintiff's medical records speak for themselves.

9.     Defendant denies the allegations contained in Paragraph 9 of plaintiff's Complaint.

10.     Defendant neither admits nor denies the allegations contained in paragraph 10 of plaintiff's Complaint, as it is without sufficient knowledge or information to form a belief as to the truth of the matters asserted.

11.     Defendant neither admits nor denies the allegations contained in paragraph 11 of plaintiff's Complaint, as it is without sufficient knowledge or information to form a belief as to the truth of the matters asserted.

12.     Defendant neither admits nor denies the allegations contained in paragraph 12 of plaintiff's Complaint, as it is without sufficient knowledge or information to form a belief as to the truth of the matters asserted.

## CLAIM FOR RELIEF

### Negligence

13.     Defendant incorporates by reference all of its responses as set forth in paragraphs1-12 above by this reference as though fully set forth herein.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 2, CV2016-055020)                    3076-0047                    3381388v1

14.     The statement of legal duties in paragraph 14 of plaintiff's Complaint contains legal conclusions that do not require admission or denial.  This defendant further states that to the extent that it owed a duty to any person, it fulfilled such duty.  Defendant denies the remaining allegations contained in this paragraph of plaintiff's Complaint.

15.     Defendant denies the allegations contained in paragraph 15 of plaintiff's Complaint.

## MISCELLANEOUS

Defendant denies each and every allegation of plaintiff's Complaint not expressly admitted herein.

## AFFIRMATIVE DEFENSES

1.     Plaintiff was comparatively negligent, and, therefore, any recovery must be denied or reduced accordingly.

2.     Plaintiff failed to act with due care.

3.     Plaintiff assumed the risk of injury, and recovery, if any, must be denied.

4.     Plaintiff was cognizant and aware of all the facts, circumstances, and conditions existing and consented to, permitted, acquiesced, and actively encouraged or voluntarily assumed the risk therefore and attendant thereto.

5.     Plaintiff failed to mitigate his damages, and recovery must be denied or reduced accordingly.

6.     Plaintiff's Complaint fails to state a claim upon which relief can be granted.

7.     Defendant says that if plaintiff suffered injuries or damages, as alleged, such injuries or damages were caused by persons for whose conduct the defendant was not and is not legally responsible.

8.     Plaintiff's claims are barred by the applicable statutes of limitation.

9.     Defendant states that the plaintiff may not recover because of insufficient process.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 3, CV2016-055020)                    3076-0047                    3381388v1

10.     Defendant states that the plaintiff may not recover because of insufficient service of process.

11.     Defendant states that the injuries or damages alleged were caused in whole or in part by the negligence of the plaintiff.

12.     Defendant denies the existence of any duty to plaintiff; in any event, it denies violating any duty owed to plaintiff, if any duty is found to have existed.

13.     Plaintiff's damages, if any, are attributable to conditions, pre-existing or otherwise, and said damages are reasonably capable of being apportioned amongst the various conditions and the damages caused by this defendant pursuant to Restatement (Second) of Torts Section 433A.  Plaintiff's recovery against this defendant for the other conditions, pre-existing or otherwise, must be denied.

14.     Plaintiff's injuries, if any, are attributable to a pre-existing condition or other causes and not any acts or omissions of the defendant, its agents or employees, and, therefore, plaintiff's damages must be apportioned and recovery denied for those damages due to causes and conditions for which this defendant is not responsible, pursuant to the principles enunciated in Section 433A of the Restatement (Second) of Torts.

15.     The actions or omissions of others constitute a superseding or intervening cause of plaintiff's injuries and, therefore, this defendant is relieved from liability.

16.     Plaintiff's Complaint must be dismissed under the doctrine of misnomer as he has failed to identify the correct corporate defendant.

17.     Plaintiff's injuries, if any, were due to an act of God or nature or in the nature of an accident over which this defendant had no control and, therefore, cannot be held liable.

18.     As additional affirmative defenses to plaintiff's Complaint, it is alleged that facts may come to light to support any and all of the lawful affirmative defenses.  Therefore, this defendant hereby alleges the possible defenses of waiver, estoppel, set off, non-joinder of indispensable, necessary and proper parties, release, laches, assumption of risk, lack of

LAW OFFICES
RENAUD COOK
DRURY MESAROS
SUITE 900
ONE NORTH CENTRAL
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 4, CV2016-055020)                         3076-0047                              3381388v1

mutuality, statute of frauds, lack of jurisdiction over the subject matter, lack of jurisdiction over the person, res judicata, abatement, insufficiency of process, the doctrine of avoidable consequences, accord and satisfaction, improper venue, sudden emergency, unavoidable accident, statute of limitations, and/or any other lawful affirmative defense available by law, including, but not limited to, any other affirmative defenses set forth in Rules 6 and 8 of the Arizona Rules of Civil Procedure.

19.    Discovery has not yet begun in this matter and new or additional affirmative defenses may be discovered.  Defendant, therefore, reserves the right to amend this Answer to include any additional affirmative defenses set forth in Ariz. R. Civ. P. Rule 8 or 12, or A.R.S. 12-561, et seq., if and when they become applicable during the course of continued discovery.

WHEREFORE, having fully answered plaintiff's Complaint, Defendant Arizona CVS Stores, LLC (*Improperly pled as CVS Health a/k/a CVS Pharmacy, Inc.*), asks that same be dismissed, that plaintiff take nothing thereby, that defendant be awarded its attorneys' fees and costs incurred herein, and for such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED this 26th day of January, 2017.

RENAUD COOK DRURY MESAROS, PA


By */s/ Margaret T. McCarthy*
        Margaret T. McCarthy
        One North Central, Suite 900
        Phoenix, Arizona 85004-4417
        *Attorneys for Defendant Arizona CVS Stores, LLC (Improperly pled as CVS Health a/k/a CVS Pharmacy, Inc.)*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 5, CV2016-055020)          3076-0047                3381388v1

1    ORIGINAL of the foregoing
     ELECTRONICALLY filed this 26th day
2    of January, 2017.

3    A COPY of the foregoing also sent via
     U.S. Mail on this same date to:

4

5    Bradley S. Shelts
     Titus Brueckner & Levine, PLC
     8355 East Hartford Drive
6    Suite 200
     Scottsdale, AZ 85255

7

8    */s/ L. Bergantino*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 6, CV2016-055020)            3076-0047            3381388v1

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
T. Hays, Deputy
1/26/2017 11:08:00 AM
Filing ID 8049793

1    Margaret T. McCarthy, #020882
     RENAUD COOK DRURY MESAROS, PA
2    One North Central, Suite 900
     Phoenix, Arizona 85004-4417
3    Telephone: (602) 307-9900
     Facsimile:  (602) 307-5853
4
5    E-mail:  docket@rcdmlaw.com
             mmccarthy@rcdmlaw.com
6
     *Attorneys for Defendant Arizona CVS
7    Stores, LLC (Improperly pled as CVS
     Health a/k/a CVS Pharmacy, Inc.)*
8
                **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
9
                   **IN AND FOR THE COUNTY OF MARICOPA**
10
     CHARLES CROUCH,                              No. CV2016-055020
11
                          Plaintiff,       **DEFENDANT ARIZONA CVS
12                                         STORES, LLC'S CERTIFICATE
     v.                                    REGARDING COMPULSORY
13                                                ARBITRATION**
     CVS HEALTH a/k/a CVS PHARMACY,
14   INC.,                                  *(Assigned to the Honorable
                                                  John Hannah)*
15                        Defendant.

16          Defendant Arizona CVS Stores, LLC (*Improperly pled as CVS Health a/k/a CVS

17   Pharmacy, Inc.*) (hereinafter "Defendant") by and through counsel undersigned is without

18   sufficient information or knowledge to affirm or deny Plaintiff's contention that this matter

19   is not subject to compulsory arbitration.  As discovery proceeds, Defendant reserves the right

20   to controvert Plaintiff's Certificate.

21   ///

22   ///

23   ///

24

25

26

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 1, CV2016-055020)          3076-0047                    3381496v1

1    RESPECTFULLY SUBMITTED this 26th day of January, 2017.

2                                    RENAUD COOK DRURY MESAROS, PA

3

4                                    By /s/ Margaret T. McCarthy

5                                       Margaret T. McCarthy
                                        One North Central, Suite 900
6                                       Phoenix, Arizona 85004-4417
                                        *Attorneys for Defendant Arizona CVS Stores,*
7                                       *LLC (Improperly pled as CVS Health a/k/a CVS*
                                        *Pharmacy, Inc.)*

8    ORIGINAL of the foregoing
     ELECTRONICALLY filed
9    this 26th day of January, 2017.

10   A COPY of the foregoing also sent via
     U.S. Mail on this same date to:
11
     Bradley S. Shelts
12   Titus Brueckner & Levine, PLC
     8355 East Hartford Drive
13   Suite 200
     Scottsdale, AZ 85255
14

15   /s/ L. Bergantino

16

17

18

19

20

21

22

23

24

25

26

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 2, CV2016-055020)          3076-0047                    3381496v1

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
K. Laird, Deputy
1/26/2017 11:11:00 AM
Filing ID 8049825

1  Margaret T. McCarthy, #020882
   RENAUD COOK DRURY MESAROS, PA
2  One North Central, Suite 900
   Phoenix, Arizona 85004-4417
3  Telephone: (602) 307-9900
   Facsimile:  (602) 307-5853
4
5  E-mail:   docket@rcdmlaw.com
             mmccarthy@rcdmlaw.com
6
   *Attorneys for Defendant Arizona CVS*
7  *Stores, LLC (Improperly pled as CVS*
   *Health a/k/a CVS Pharmacy, Inc.)*

8          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

9               **IN AND FOR THE COUNTY OF MARICOPA**

10 | CHARLES CROUCH, | No. CV2016-055020 |
   |---|---|
11 |              Plaintiff, | **DEFENDANT ARIZONA CVS STORES, LLC'S** |
12 | v. | **DEMAND FOR JURY TRIAL** |
13 | CVS HEALTH a/k/a CVS PHARMACY, INC., | *(Assigned to the Honorable John Hannah)* |
14 | | |
15 |              Defendant. | |

16        Defendant Arizona CVS Stores, LLC (*Improperly pled as CVS Health a/k/a CVS*

17 *Pharmacy, Inc.*) hereby demands a trial by jury as to all issues.

18        RESPECTFULLY SUBMITTED this 26th day of January, 2017.

19                              RENAUD COOK DRURY MESAROS, PA

20

21                              By */s/ Margaret T. McCarthy*
                                   Margaret T. McCarthy
22                                 One North Central, Suite 900
                                   Phoenix, Arizona 85004-4417
23                                 *Attorneys for Defendant Arizona CVS Stores,*
24                                 *LLC (Improperly pled as CVS Health a/k/a CVS*
                                   *Pharmacy, Inc.)*
25

26

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 1, CV2016-055020)                    3076-0047                    3381501v1

1  ORIGINAL of the foregoing
   ELECTRONICALLY filed this 26th day
2  of January, 2017.

3  A COPY of the foregoing also sent via
   U.S. Mail on this same date to:

4
   Bradley S. Shelts
5  Titus Brueckner & Levine, PLC
   8355 East Hartford Drive
6  Suite 200
   Scottsdale, AZ 85255

7

8  */s/ L. Bergantino*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 2, CV2016-055020)                    3076-0047                    3381501v1