**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Charles Crouch, | No. CV17-0397-PHX-DGC |
| Plaintiff, | |
| v. | ORDER DISMISSING CASE WITH PREJUDICE |
| Arizona CVS Stores, L.L.C., an Arizona limited liability company, | |
| Defendant. | |

Upon review of the parties' Stipulation for Dismissal with Prejudice.  Doc. 29.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice (Doc. 29) is **granted.**  This case is hereby dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 22nd day of September, 2017.


David G. Campbell
United States District Judge